```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA,            :     15cr711-1(DLC)
                                     :
            -v-                      :          ORDER
                                     :
ANGEL FIGUEROA,                      :
                                     :
                  Defendant.         :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

    As set forth on the record at the conference held on July 29, 2025, it is hereby

    ORDERED that C.J.A. counsel Daniel Stein is appointed to represent the defendant.

Dated:    New York, New York
            July 29, 2025

                                            _____
                                                  DENISE COTE
                                   United States District Judge