**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
Phone: +1 212 310 8000
Fax: +1 212 310 8007

**Daniel L. Stein**
+1 (212) 310-8140
Daniel.Stein@weil.com

September 15, 2025

The Honorable Denise L. Cote
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *USA v. Figueroa et al.*, Dkt No.: S1:15CR00711-01 (DC)

Dear Judge Cote:

    We represent Mr. Figueroa in connection with the above captioned matter. We write with regard to Mr. Figueroa's upcoming conference before Your Honor, on September 17, 2025.

    Since the parties were last before the Court, Mr. Figueora has remained in compliance with the terms of his supervised release, including by continuing to attend treatment with Odyssey House, and remains employed as a home health care aide. Mr. Figueroa has also renewed his lease on the housing he secured for him and his son through the CITYFEPS program and he has health insurance through the Human Resources Administration (HRA). Mr. Figueora currently relies on this assistance to retain his housing as well as to obtain necessary medical treatment.

    We are continuing to examine whether Mr. Figueroa can pick up additional work hours without jeopardizing these benefits through CITYFEPS and the HRA, which we understand to be the Probation Office's principal concern Accordingly, we respectfully request a 30-day adjournment of this conference to give the parties additional time to work through these issues. Earlier today, I discussed this request with AUSA Lauren Phillips, who had no objection to the request and who further informed me that she discussed the request with the Probation Office and the Probation Office had no objection.

Respectfully submitted,

Granted.
*Denise Cote*
9/16/25

*Daniel Stein*
Daniel L. Stein