```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :     15cr711-1(DLC)
                                        :
          -v-                           :        ORDER
                                        :
ANGEL FIGUEROA,                         :
                                        :
               Defendant.               :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

The September 17 conference in this matter having been adjourned <u>sine die</u> by Memo Endorsement on September 16, it is hereby

ORDERED that the next conference is scheduled for October 22, 2025 at 3:00 PM in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         September 22, 2025

                                       _____
                                              DENISE COTE
                                       United States District Judge