```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA,            :      15cr711-1(DLC)
                                     :
            -v-                      :          ORDER
                                     :
ANGEL FIGUEROA,                      :
                                     :
                  Defendant.         :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the conference in this case scheduled for October 22 is adjourned to **October 29 at 2:00 PM** in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         October 22, 2025

                                    _____
                                              DENISE COTE
                                    United States District Judge