# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
Phone: +1 212 310 8000
Fax: +1 212 310 8007

**Daniel L. Stein**
+1 (212) 310-8140
Daniel.Stein@weil.com

May 15, 2026

The Honorable Denise L. Cote
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *USA v. Figueroa et al.*, Dkt No.: S1:15CR00711-01 (DC)

Dear Judge Cote:

We represent Mr. Figueroa in connection with the above captioned matter. We write with regard to Mr. Figueroa's upcoming conference before Your Honor, on May 19, 2026.

Since the parties were last before the Court, Mr. Figueora has remained in compliance with the terms of his supervised release. Mr. Figueroa continues to attend treatment, which includes both group sessions as well as individual sessions with his primary counsellor through Odyssey House. Mr. Figueroa remains committed not only to attending treatment, but to actively participating in these sessions and continues to do well. Mr. Figueora also remains employed as a home health care aide, and has maintained his housing benefits and continues to provide stable housing for himself and his son.

Earlier today, I spoke with AUSA Lauren Phillips as well as Mr. Figueroa's Probation Officer, Officer Zhang. Officer Zhang stated that the Probation Office has no further updates at this time.

We respectfully request a 60-day adjournment of this conference. I discussed this request with Ms. Phillips as well as the Probation Office, both had no objections.

Respectfully submitted,

*Daniel Stein*

Daniel L. Stein

*The conference is adjourned to 7/24/26 at 2:30 p.m.*

*Denise Cote*
*5/15/26*